FILED

MAR 1 2 2015

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Gordon Thompson, Jr.)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 14 CR 3619-GT |
| ) | |
| Plaintiff, ) | ORDER CONTINUING |
| vs. ) | SENTENCING HEARING TO |
| ) | APRIL 10, 2015 AT 9:30 A.M. |
| ) | |
| EMILIO CASTANEDA-TIRADO, ) | |
| ) | |
| Defendant. ) | |
| ) | |

GOOD CAUSE EXISTING, THE COURT ORDERS that the Sentence With Presentence Report set for March 26, 2015 be continued to April 10, 2015 at 9:30 a.m.

**IT IS SO ORDERED.**

DATED: 3/12/15

_____
HON. GORDON THOMPSON, JR.
United States District Court Judge

14 CR 3619 GT